UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZHAR LAL, | No. 2:20-cv-0349 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al, | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Presently before the court is plaintiff's second extension of time to file objections.  (ECF No. 13.)

On May 4, 2020, the court issued an order and findings and recommendations directing plaintiff to file a motion to proceed in forma pauperis, dismissing the complaint with leave to amend, and recommending that his motion for preliminary injunction be denied.  (ECF No. 7.) Plaintiff states that he needs more time to file his objections because inmates have been prohibited from physically attending the law library due to the COVID-19 pandemic. Good cause appearing the court will grant the motion.  However, plaintiff is warned that no further extensions of time to file objections will be granted absent extraordinary circumstances.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file his objections.

Dated: June 29, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/lal0349.eot(2)